

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00002-CR
### No. 10-23-00005-CR

## EX PARTE CEDRIC DEON CLARK

**From the 413th District Court
Johnson County, Texas
Trial Court No. F48586
Trial Court No. F-201900014**

**Original Proceedings**

## MEMORANDUM  OPINION

On January 4, 2023, Cedric Deon Clark filed what appears to be original habeas corpus proceedings seeking to have this Court issue writs of habeas corpus and "release [him] from unlawful confinement" and "cease and desist" "violations of [his] Constitutional Amendments."  This Court, however, has no jurisdiction over these original applications for writ of habeas corpus.  *See* TEX. GOV'T CODE ANN. § 22.221; TEX. CODE CRIM. PROC. ANN. art. 11.05; *see also Ex parte Gambrell*, Nos. 10-22-00004-CR & 10-22-

00005-CR, 2022 Tex. App. LEXIS 372, at *1 (Tex. App.—Waco Jan. 19, 2022, orig. proceeding) (mem. op., not designated for publication) (dismissing original applications for writ of habeas corpus for want of jurisdiction).

Accordingly, we dismiss these proceedings for want of jurisdiction.

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson,
      and Justice Smith
Dismissed
Opinion delivered and filed January 11, 2023
Do not publish
[OT06]

